

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CODY L. WALTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:11-CV-00048 ) ) |
| ROBERT DAWSON, et al., | ) ) |
| Defendants. | ) |

### AFFIDAVIT OF JEFFREY R. CHAPDELAINE

I, Jeffrey R. Chapdelaine, hereby submit this affidavit and state as follows:

1. I am over the age of 18 years, and I make this affidavit based on my own personal knowledge.

2. I graduated from Suffolk University Law School in 2000 with a JD, and Temple Law School in 2011 with an LLM in Trial Advocacy, where I have served as faculty. I am licensed to practice in Massachusetts. I am a graduate of the National College of Criminal Defense Attorneys, and Trial Lawyers College, where I currently serve as faculty. In addition, I have training as a mental health clinician, specifically in working with people who have been traumatized. I am an active member of American Society of Group Psychotherapy and Psychodrama, and anticipate receiving a Masters Degree in Social Work, with a focus on clinical trauma, in May of 2015.

3. Since the beginning of my practice, all of my practice has been litigation. In addition to handling my own cases, I supervisor lawyers and consult with lawyers on cases. Specifically, in this case my role on the litigation team was to prepare the plaintiff,



who suffered trauma as a result of the assault, to testify. Our primary concern was protecting the plaintiff from being re-traumatized during the trial as a result of having to testify regarding his sexual assault.

4. It is my practice to regularly maintain daily time records in which time spent on matters that may be compensable is recorded. I maintained such records for the time I expended in this matter. All hours are accurately reflected in the attached spreadsheet.

5. The hours I devoted to this matter were reasonably necessary. The services I rendered in connection with this fee motion and related submissions were not duplicated by the work of others.

6. The fee agreement with Plaintiff is a contingent fee contract.

7. As part of this contingent fee contract, I accepted no retained from Plaintiff and bore all risks of litigation.

FURTHER AFFIANT SAITH NOT

_____
Jeffrey R. Chapdelaine

STATE OF MASSACHUSETTS )
                        ) ss.
COUNTY OF Suffolk       )

Before me a notary public in and for the State of ~~Missouri~~ Massachusetts, came Jeffrey R. Chapdelaine, an individual, who is personally known to me to be the same person who executed the above instrument and acknowledged execution of the same.

Subscribed and sworn to before me this 20th day of October, 2014.

_____
NOTARY PUBLIC

My commission expires:



MARY H. BABB
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
March 27, 2020

10/20

Bernard – E-Filed Motion to Remand to Municipal Court

10/21

Corbett – Attorney must appear for continuance. Called the PA and they will be sending Discovery.

Francis – Continued to 11/18 @ 5pm

10/22

O'Reilly – Continued to 2/5/15 for Disposition, both Client and Attorney need to Appear

Sheridan – Continued to 11/19 @ 5pm

Pulluru – Continued to 11/19 @ 5pm

Montgomery – Continued to 11/19 @ 5pm

Allmeroth – Continued to 11/19 @ 5pm

10/23

None

10/24

None

10/27

White – Appearing to Plea