**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| CODY L. WALTON, ) | |
|       Plaintiff, ) | |
| ) | |
| v.  ) | Case No 2:11-CV-00048   (JCH) |
| ) | |
| ROBERT DAWSON, et al., ) | |
|       Defendants. ) | |

## NOTIFICATION

**COMES NOW** Appellant, David Moore, by and through his undersigned counsel, and hereby notifies this Court that on January 26, 2015, the United States District Court for the Eastern District of Missouri issued a ruling on Appellee's Motion for Attorney's Fees and court costs.  This Court had previously entered an order staying the above referenced matter until the United States District Court for the Eastern District Court for the Eastern District of Missouri issued a ruling upon Appellee's Motion for Attorney's Fees.

Respectfully submitted,

By       /s/ Amy L. Ohnemus
**AMY L. OHNEMUS,** #60191MO
**WASINGER PARHAM, L.C.**
P.O. Box 962
Hannibal, Missouri  63401
Phone: (573)  221-3225
Fax: (573)  221-1991
Email: alohnemus@wasingerlaw.com
**ATTORNEY FOR DEFENDANTS**

---

**CERTIFICATE OF SERVICE**

The undersigned hereby states that a copy of the foregoing was served upon counsel for Plaintiff Walton; Jeremy Hollingshead, John M. Eccher, and Stephen Wyse via the Court's CMECF System on this 27th day of January, 2015.

/s/ Amy L. Ohnemus